# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2507 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Cheri Moore vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time is granted. Response to complaint is to be filed by 8/13/08. Status hearing of 7/15/08 is vacated and reset to 8/14/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|