# United States District Court
## Northern District of Illinois
### Eastern Division

Moore                                **JUDGMENT IN A CIVIL CASE**

        v.                                          Case Number: 08 C 2507

Astrue

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that
Judgment is entered in favor of plaintiff; this case is remanded to the Commissioner for further administrative action pursuant to sentence four of 42
U.S.C. § 405(g) and the stipulation for remand filed by the parties. Upon remand, the Commissioner will consider the opinions of Drs. Cuddapah and Hurley, the diagnoses of fibromyalgia and CFIDS, and address the consistency between the vocational expert testimony and the Dictionary of Occupational Titles.

                                                              Michael W. Dobbins, Clerk of Court

Date: 8/14/2008                            _____
                                                        /s/ Olga Rouse, Deputy Clerk